AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br><br> SCOTT MCGINLEY <br><br> *Defendant(s)* | ) <br> ) <br> ) Case No. 25-mj-3117 (KAR) <br> ) <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2025__ in the county of __Hampden__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252 | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Madeline A. Hagen, FBI.

☑ Continued on the attached sheet.

Signed electronically with authorization from
FBI Special Agent Madeline A. Hagen on August 12, 2025.

/s/ Madeline A. Hagen
*Complainant's signature*

Special Agent Madeline A. Hagen, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/12/2025

/s/ Katherine A. Robertson
*Judge's signature*

City and state: Springfield, MA

Katherine A. Robertson, U.S. Magistrate Judge
*Printed name and title*

Signed electronically with authorization from Katherine A. Robertson, U.S. Magistrate Judge on August 12, 2025.