**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Madeline Hagen, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.　I am a Special Agent ("SA") with the FBI. I have been employed by the FBI since April of 2023. I am currently assigned to the Boston Division, Springfield Resident Agency.

2.　I am a graduate of the FBI Academy in Quantico, Virginia. While employed by the FBI, I have investigated violations of federal law, including crimes related to child exploitation and child pornography. I have received specific training in the areas of child pornography and the sexual exploitation of children from the FBI, National Center for Missing and Exploited Children, and the Internet Crimes Against Children Task Force.  I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Prior to joining the FBI, I was a high school educator. I hold a bachelor's degree in animal science and a master's degree in teaching.

3.　I make this affidavit in support of a criminal complaint charging Scott McGinley ("MCGINLEY"), of Holyoke, Massachusetts, with one count of with distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A)

4.　The statements in this affidavit are based on my own personal involvement in the investigation and my personal observations; information provided by other FBI Special Agents and analysts; information obtained from other individuals; my review of records; and my training, and background as a Special Agent with the FBI.  This affidavit is intended to show merely that there is probable cause to secure a criminal complaint and does not set forth all of my knowledge

about this matter. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

## PROBABLE CAUSE

### Investigation of Messenger Application

5. On August 7, 2025, FBI Nashville notified FBI Boston, Springfield Resident Agency about a potential distributor of child pornography. FBI Nashville provided the following information.

6. In July 2025, an undercover FBI Employee ("OCE") located in Tennessee was conducting a proactive online investigation utilizing an active account on an internet-based encrypted messenger application ("APPLICATION 1").[1]

7. Based on my training and experience, my review of materials publicly accessible on APPLICATION 1's website and, and information provided by other law enforcement officers, I know how APPLICATION 1 works and that it is frequently used by collectors and distributors of child pornography because of its privacy features and the anonymity it grants users.

8. I know the following about how APPLICATION 1 works:

---

[1] APPLICATION 1 is an encrypted messenger application that can be used on a mobile device or laptop computer. It allows users to direct message other APPLICATION 1 users directly or in groups. APPLICATION 1 messaging allows for text, photo and video file sharing. APPLICATION 1 provides users the ability to voice or video call other APPLICATION 1 users. APPLICATION 1 does not store chats and does not share data. The chats, as well as voice and video calls are end-to-end encrypted. After delivery, messages are immediately deleted from the servers and all files are automatically deleted after one month at the latest.

a. to register on APPLICATION 1, a user does not have to register a phone number, name or email;

b. the only constant identification factor needed to access and use APPLICATION 1 is a nine-character identification number assigned by APPLICATION 1;

c. users of APPLICATION 1 can create a unique display name to operate on the platform and exchange messages, photos, and videos and other content with others on the platform;

d. APPLICATION 1 users can form and join public channels to seek out users of similar interests, and;

e. public groups are searchable to anybody with the most recent version of the APPLICATION 1 platform.

9. On or about July 23, 2025, OCE observed an APPLICATION 1 user with the display or vanity name "DadaAnon" distributing a video to an APPLICATION 1 group called, "Little boyz only. 2-13. Gay only#/".

10. The video is approximately five minutes and twenty-nice seconds long. The video starts with a young boy approximately thirteen to fifteen years old sitting fully clothed on a couch. The boy then removes his shirt, shorts, and underwear leaving the boy nude. The boy then begins to masturbate. The boy continues to masturbate until he appears to ejaculate. The boy then begins rubbing his abdomen with both hands. The boy then stands up and leaves the frame of the video.

11. After sending the video, "DadaAnon" then sent a message stating, "This was in one of the megas" to the group. Based on my training and experience, I believe that "DadaAnon's" statement indicates that "DadaAnon" retrieved this video by accessing a Mega link before then distributing the video to the APPLICATION 1 group.[2]

12. On or about July 31, 2025, OCE and "DadaAnon" began directly messaging on APPLICATION 1. When asked about his preferences, "DadaAnon" indicated the following:



The above is screenshot from OCE's device showing OCE's chat with "DadaAnon" on the APPLICATION 1 platform. The white text blocks are messages from "DadaAnon" and the pink text blocks are messages by OCE.

13. During the conversations with OCE, "DadaAnon" told OCE that "DadaAnon" had "students" who were "11-14 years old" but, "ha[d]n't touched them sexually." "DadaAnon"

---

[2] Mega is a New Zealand based private cloud storage company with end-to-end encryption. Mega allows a user to share a link to a file or folder, which may contain images, videos, or other types of files, to other individuals. Based on my training and experience, I know that individuals use Mega links to distribute child pornography.

4

also wrote that he sat "hot boys strategically so [he could] see under their desks, and close to [him]," and made graphic sexual statements about the boys.

## IDENTIFICATION OF DEFENDANT

14. On or about August 1, 2025 at 3:14 PM (UTC), OCE sent "DadaAnon" an APPLICATION 1 message containing a specially prepared URL link designed to help identify users on the APPLICATION 1 platform.[3]

15. After sending the link to "DadaAnon,", investigators were then able to determine that the URL Link had been accessed from the following IP addresses issued by Comcast:

    a.    2601:19b:4200:c0:395b:54e6:9f48:caf2, port number 5923

    b.    71.235.188.51, port number 59230

16. On August 4, 2025, Comcast provided the subscriber information related to these two IP addresses (2601:19b:4200:c0:395b:54e6:9f48:caf2 and 71.235.188.51) that accessed the URL Link:

    a. Subscriber Name: SCOTT MCGINLEY

    b. Service Address: 94 COLUMBUS AVE, HOLYOKE, MA 010401811

    c. Telephone #: (413) 363-XXXX

    d. Email User Ids: SCOTT.MCGINLEY@COMCAST.NET

17. Open source and law enforcement databases showed that Scott McGinley, DOB XX/XX/70, resides at 94 Columbus Avenue, Holyoke, MA 01040. The Massachusetts Registry of Motor Vehicles (RMV) showed an active driver license and photo of McGinley on file:

---

[3] A URL (Uniform Resource Locator) is the address of a unique resource on the internet. You might think of a URL like a postal mail address.

5



18.     Social media research revealed a Facebook profile, scott.mcginley, with the display name Scott James. Photos on the profile showed a bald male that resembles McGinley's RMV photo shown *supra*. The photos also show a male and female child. The profile listed his employment as a librarian and media specialist.

19.     Additional open-source research on McGinley revealed a LinkedIn account that listed his employment as a school librarian at Longmeadow Public School. The FBI made contact with a School Resource Officer (SRO) for Longmeadow Public Schools. That SRO confirmed that McGinley is indeed employed as the librarian for Williams Middle School and Glenbrook Middle School in Longmeadow, MA.

20.     Based on the investigation described *supra*, on August 8, 2025, investigators obtained a federal warrant authorizing the search of MCGINLEY and his residence in Holyoke,

Massachusetts for evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2252A. The affidavit submitted in support of that warrant is attached hereto as **Sealed Exhibit A.**

### Execution of the Search Warrant

21. At 8:40 pm, MCGINLEY was located at 188 Pleasant Avenue in Easthampton, Massachusetts. Law enforcement agents, including members of the FBI and Longmeadow Police Department approached MCGINLEY and notified him about a search warrant of his person. After learning about the nature of the warrant, MCGINLEY declined to speak to agents. Pursuant to the search warrant, investigators seized an iPhone 14 Pro Max and Apple Watch SE from MCGINLEY. MCGINLEY provided keys to his residence in Holyoke, Massachusetts.

22. On August 8, 2025, at approximately 9:04 pm, law enforcement agents, including members of the FBI, Holyoke Police Department, and Chicopee Police Department executed the search warrant at MCGINLEY's residence in Holyoke, Massachusetts. After agents knocked and repeatedly announced their presence at the front door of the residence, they determined nobody was present in the home. Law enforcement used the provided key by MCGINLEY to enter the residence.

23. After entering MCGINLEY's residence, investigators then conducted a search of the residence pursuant to the search warrant and seized two laptops, a tablet, and a silver iPhone.

24. Additionally, investigators seized a large, locked Pelican case from the MCGINLEY's basement, two greeting cards, and a bag of boys clothes for ages approximately 5-7 years old.[4]

---

[4] Pelican designs and manufactures temperature-controlled packaging and protective cases for industries including military, law enforcement, and consumer entertainment.

**Forensic Review of MCGINLEY's Phone**

10.     The FBI investigators conducted a forensic review of all the seized digital devices. This review is still on-going.

11.     On August 12, 2025, FBI agents discovered the following on MCGINLEY's phone:

   a. The presence the internet-based encrypted messenger application, APPLICATION 1, used during this investigation.

   b. The presence of APPLICATION 1 account information reflecting the use of the username "DadaAnon."

   c. The presence of APPLICATION 1 group information reflecting use of the group "Little boyz only. 2-13. Gay only#/"

   d. One CSAM video titled "Self – Alexandre_Kotov 13 m 24-07-2014.mp4" that matches the description for the video distributed by "DadaAnon" on July 23, 2025 as observed by the OCE.

   e. One hundred images consistent with child sexual abuse material ("CSAM") and/or child erotica.

   f. Over 100,000 picture and video files were recovered on the phone and the review of the files is on-going as of the date of this affidavit. I have reviewed and I am in the process of reviewing this media and submitting it the National

Center for Missing & Exploited Children to assist in the identification of known victims (if any).

### Review of Video

12. Based on my review, the CSAM video that was recovered from MCGINLEY's phone is the same that video "DadaAnon" shared in the "Little boyz only. 2-13. Gay only#/". The following is a description of the video recovered from MCGINLEY's phone:

   a. The video is titled "Self – Alexandre_Kotov 13 m 24-07-2014.mp4". The video is approximately five minutes and twenty-nice seconds long. The video starts with a young boy approximately thirteen to fifteen years old sitting fully clothed on a couch. The boy then removes his shirt, short, and underwear leaving the boy nude. The boy then begins to masturbate. The boy continues to masturbate until he appears to ejaculate. The boy then begins rubbing his abdomen with both hands. The boy then stands up and leaves the frame of the video.[5]

### The Pelican Case

13. The locked Pelican case recovered in the basement was found to contain a medley of items for children approximately 5-7 years old, including but not limited to assorted children's

---

[5] The National Center for Missing & Exploited Children ("NCMEC") has the hash-value of this video as "unrecognized." Based on my training and experience, I know that "recognized" hash values are ones associated with files previously submitted to the NCMEC's Child Recognition and Identification System – and similarly, "unrecognized" hash values are associated with images/videos that have not yet been previously submitted to that NCMEC system. Additionally, I know that a "identified child" means that exact hash values are associated with an image/video which appears to depict at least one child previously identified by law enforcement.

9

clothes, including a Santa costume, diapers, diaper cream, apple sauce packets for children. It also contained a toolbox with boys underwear stuffed inside as well as bedding.

## CONCLUSION

14. Based on the foregoing, I submit there is probable cause to believe that on or about July 23, 2025, MCGINLEY knowingly distributed and attempted to distribute any child pornography as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

/s/ Madeline A. Hagen

Signed electronically with authorization from
FBI Special Agent Madeline A. Hagen on August 12, 2025.

Special Agent Madeline Hagen
Federal Bureau of Investigation

Sworn before me by reliable electronic means in accordance with Fed. R. Crim. P. 4.1 this 12th day of August, 2025.

/s/ Katherine A. Robertson

HON. KATHERINE A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE

Signed electronically with authorization from
Katherine A. Robertson, U.S. Magistrate Judge on August 12, 2025.



Certified to be a true and correct copy of the original
Robert M. Farrell, Clerk
U.S. District Court
District of Massachusetts

By: *Melissa M Rivera*
Deputy Clerk
Date: 8/12/2025

10