# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** 94 COLUMBUS AVE,  **Category No.** _____  **Investigating Agency** FBI

**City** HOLYOKE
**County** Hampden

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  25-mj-3114 (KAR)
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☐ No

**Defendant Information:**

Defendant Name: SCOTT MCGINLEY    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: 94 COLUMBUS AVE, HOLYOKE, MA 010401811

Birth date (Yr only): 1970   SSN (last 4#): 9039   Sex: M   Race: White   Nationality: US

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Merck    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** 94 COLUMBUS AVE HOLYOKE, MA 01040

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/12/2025    Signature of AUSA: /s/ Caroline Merck

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   MCGINLEY, SCOTT JAMES

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2252A(a)(2)(A) | Distribution of Child Pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013