UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SCOTT MCGINLEY** | Criminal No. 3:25-MJ-3117-KAR |

**GOVERNMENT'S MOTION FOR PRETRIAL DETENTION
OF DEFENDANT PURSUANT TO 18 U.S.C. §§ 3142(e) and (f)**

The United States of America, by its undersigned attorneys (the "Government") moves for the pretrial detention of defendant, Scott James McGinley, pursuant to 18 U.S.C. §§ 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because it involves (check all the apply):

    **XXX**   Crime of violence (18 U.S.C. §§ 3142(f)(1)(A) and 3156)

    ___   Maximum sentence life imprisonment or death (18 U.S.C. § 3142(f)(1)(B))

    ___   10 plus years drug offense (18 U.S.C. § 3142(f)(1)(C))

    ___   Felony, with two prior convictions in above categories (18 U.S.C. § 3142(f)(1)(D))

    ___   Felony involving possession of firearm / destructive device (18 U.S.C. § 3142(f)(1)(E))

    ___   Serious risk defendant will flee (18 U.S.C. § 3142(f)(2)(A))

    ___   Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure:

**XXX** Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. None.

4. <u>Time for Detention Hearing</u>. The Government requests that the court conduct the detention hearing at the defendant's initial appearance, except to the extent that any of the defendant's victims who wish to appear in court cannot attend.

5. <u>Witnesses</u>.

The Government intends to proceed by proffer and with the evidence set forth in the Affidavit of FBI Special Agent Madeline Hagen in support of the defendant's Criminal Complaint.

6. <u>Other Matters</u>.

None.

                                    Respectfully submitted,
                                    LEAH B. FOLEY,
                                    United States Attorney

By:    */s/ Caroline Merck*
         CAROLINE MERCK
         Assistant U.S. Attorney